# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **QUINTON SHONDREY WHITE** | **CASE NO.  6:23-CV-00731** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAKEVIEW LOAN SERVICING LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Dismiss (Rec. Doc. 3) is hereby GRANTED and the above-captioned case is hereby DISMISSED.

Signed at Lafayette, Louisiana, this 18th day of December, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE